# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMOCA TAIYE PRICE**  **PLAINTIFF**
**#115877**

V.　　　　　　　　NO. 4:23-cv-00605-KGB-ERE

**LEE and A. SMITH**　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Jamoca Taiye Price, an Arkansas Division of Correction inmate formerly housed at the Pulaski County Regional Detention Facility, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*. Two summonses issued to Defendant A. Smith have been returned to the Court unexecuted. *Docs. 10, 15*.

Mr. Price is reminded of his responsibility to provide the Court with a valid service address for Defendant Smith. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Under applicable procedural rules, a defendant must be served within 90 days of the date a complaint is filed. FED. R. CIV. P. 4(m).

Mr. Price has until **Monday, October 30, 2023**, to provide a valid service address for Defendant Smith. If he fails to provide a valid service address by that date, Mr. Price's claims against Defendant Smith may be dismissed.

2

So Ordered 29 September 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2