# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMOCA TAIYE PRICE**  **PLAINTIFF**
**ADC #105793**

V.  NO. 4:23-cv-00605-KGB-ERE

**LEE and A. SMITH**  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.  Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.  Discussion:**

*Pro se* plaintiff Jamoca Taiye Price, an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1*. Mr. Price's complaint alleges that he suffered from serious injuries after he fell from his top bunk when suffering from a seizure. *Id*.

On December 11, 2023, Mr. Price filed a motion to voluntarily dismiss his complaint. *Doc. 23*. In his motion, Mr. Hill explains that he requests to dismiss his case "for personal reasons of integrity." *Id*. For good cause, the motion should be granted.

**IV.   Conclusion:**

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Price's motion to dismiss his complaint (*Doc. 23*) be GRANTED.

2. Mr. Price's complaint be DISMISSED, without prejudice, and all pending recommendations be denied as moot.

3. The Clerk be instructed to close this case.

Dated 11 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE