**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMOCA TAIYE PRICE**                                                               **PLAINTIFF**
**ADC #105793**

**v.**                                **Case No. 4:23-cv-00605-KGB**

**LEE and A. SMITH**                                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jamoca Taiye Price's motion for dismissal (Dkt. No. 23).
Mr. Price requests that his case be dismissed "for personal reasons of integrity." (*Id.*).   United
States Magistrate Judge Edie R. Ervin submitted a Recommended Disposition recommending
that Mr. Price's motion for dismissal be granted, that Mr. Price's complaint be dismissed without
prejudice, that all pending recommendations be denied as moot, and that the Clerk of Court be
instructed to close the case (Dkt. No. 24, at 2).   A copy of the Recommended Disposition was
returned as undeliverable to Mr. Price (Dkt. No. 25).   Nevertheless, since Mr. Price originally
filed the motion to dismiss, after careful consideration, the Court approves and adopts the
Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 24).
The Court grants Mr. Price's motion for dismissal (Dkt. No. 23).   The Court dismisses without
prejudice the complaint in this matter (Dkt. No. 1).   The pending Partial Recommended
Disposition in this case is denied as moot (Dkt. No. 19).

It is so ordered this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge