### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMOCA TAIYE PRICE**                                                                 **PLAINTIFF**
**ADC #105793**

**v.**                                   **Case No. 4:23-cv-00605-KGB**

**LEE and A. SMITH**                                                                **DEFENDANTS**

### JUDGMENT

    Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.  The relief requested is denied.

    So adjudged this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge